**Motion granted; Abatement Order filed July 28, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00804-CV

_____

**TRAVIS LOMAX, Appellant**

**V.**

**MICHELS CORPORATION, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-74481A**

---

## ABATEMENT ORDER

On July 13, 2016, the parties notified this court that they had reached an agreement to settle the issues on appeal and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 12, 2016. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or

other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM